876 F.2d 660
 LITTLE ROCK SCHOOL DISTRICT, Appellee,
Lorene Joshua, as next friend of minors Leslie Joshua, Stacy
Joshua and Wayne Joshua; Rev. Robert Willingham, as next
friend of minor Tonya Willingham; Sara Matthews as next
friend of Khayyam Davis, Alexa Armstrong and Karlos
Armstrong; Mrs. Alvin Hudson as next friend of Tatia
Hudson; Mrs. Hilton Taylor as next friend of Parsha Taylor,
Hilton Taylor, Jr. and Brian Taylor; Rev. John M. Miles as
next friend of Janice Miles and Derrick Miles; Rev. Robert
Willingham on behalf of and as President of the Little Rock
Branch of the NAACP; Lorene Joshua on behalf of and as
President of the No. Little Rock Branch of the NAACP, Appellants,
Katherine Knight, Individually and as President of the
Little Rock Classroom Teachers Association (LRCTA); LRCTA;
Ed Bullington, individually and as President of the Pulaski
Association of Classroom Teachers (PACT); PACT; John
Harrison, Individually and as President of the North Little
Rock Classroom Teachers Association (NLRCTA); NLRCTA;
Milton Jackson, Individually and as an Non-Certified
Educational Support Employee of the Little Rock School District,
v.
PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1; North Little
Rock School District; Murry Witcher; Ginny Jones; Vicki
Stephens; Dixie Harrison; Larry Lazenby; and Rose
Wilshire; Arkansas State Board of Education; Wayne
Hartsfield; Walter Turnbow; Harry A. Haines; Jim Dupree;
Dr. Harry P. McDonald; Robert L. Newton; Alice L. Preston;
Jeff Starling; Earle Love, Mac Faulkner; Bob Moore; Don
Hindman; Shirley Lowery; Sheryl Dunn; David Sain; Bob
Stender; Grainger Williams; Richard A. Giddings; George
A. McCrary; Buddy Raines and Dale Ward; Charles Stratton;
Mildred Tatum; Benny O'Neil, Mack McAlister, Appellees.
 No. 87-2371EA.
 United States Court of Appeals,
Eighth Circuit.
 June 2, 1989.
 
 Appeal from the United States District Court for the Eastern District of Arkansas; Henry Woods, Judge.
 
 
 1
 Norman Chachkin, New York City, and John Walker, Little Rock, Ark., for appellants Joshua.
 
 
 2
 Phil Kaplan, Little Rock, Ark., for appellants Little Rock.
 
 
 3
 Richard Roachell, Little Rock, Ark., for appellants Knight.
 
 
 4
 Phil Neal, Chicago, Ill., for appellees, PCSSD.
 
 
 5
 Randy McNair, Little Rock, Ark., for State of Ark.
 
 
 6
 Sam Perroni, Little Rock, Ark., for Rayburn.
 
 
 7
 Phillip Lyon & Stephen Jones, Little Rock, Ark., for North Little Rock.
 
 
 8
 Bob Cabe, Little Rock, Ark., for McKinney intervenors.
 
 
 9
 Prior Report: 839 F.2d 1296 (1988).
 
 AMENDED JUDGMENT
 
 10
 This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.
 
 
 11
 On the Court's own motion this appeal is hereby dismissed as moot, all issues having been resolved in companion consolidated appeals--87-1404, et al. Mandate Forthwith.